LAWRENCE J. DOLAN, Appellant, v. ADOLPH BARR and MAX BARR, Respondents.— Judgment unanimously affirmed, with costs. Upon the record before this court, plaintiff failed to show want of probable cause for the action of defendants in complaining to the magistrate and obtaining a summons. The record before the magistrate and before the Court of Special Sessions is not printed in the case on appeal, nor do we find any evidence that at any time plaintiff returned the book of samples which he obtained from defendants with the twenty-five dollars. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

MYLES DORAN, Respondent, v. JOSEPH D. O'BRIEN, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

WILLIAM T. DREW, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS Company, Appellant.— Judgment and order of the City Court of Mount Vernon reversed and complaint unanimously dismissed, with costs. Under the terms of the contract evidenced by the bill of lading, defendant was not to be liable unless the injury or loss be caused by defendant or its servants; also the shipper agreed as a condition precedent to any recovery that " such loss or damage should be proved by the shipper to have been caused by the negligence of the carrier." In a live stock bill of lading such clauses are valid. As negligence was not proven, plaintiff must fail in his action. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

O. ELLERY EDWARDS, Appellant, v. GEORGE B. BURCH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

MAX A. GOLDBERG, Respondent, v. SUNBEAM CHEMICAL COMPANY, INC., Appellant.— Order modified so as to direct that only those books kept in this State be produced upon the examination. If these books do not contain the information which the plaintiff seeks, the motion for discovery and inspection of the defendant's books may be renewed. As so modified the order is affirmed, without costs. No opinion. Rich, Putnam, Blackmar and Jaycox, JJ., concur; Jenks, P. J., not voting.

FRED JOHNSON, Appellant, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

TEKLA JOHNSON, Appellant, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

LUCY LAIR, Respondent, v. STATEN ISLAND MIDLAND RAILWAY COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.